# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WALTERS;<br><br>        Plaintiff,<br><br>vs.<br><br>HOGAN SERVICES, INC., et al.;<br><br>        Defendants. | Case No. 5:18-cv-02672-AG-KK<br>[Assigned for all purposes to Hon. Andrew J. Guilford]<br><br>**ORDER OF DISMISSAL**<br><br>Date Action Filed: October 9, 2018<br>Date of Removal   December 27, 2018 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that (1) Plaintiff's individual claims in the above-referenced action be dismissed with prejudice. The parties shall bear his or its own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: January 13, 2020

_____
Hon. Andrew J. Guiliford
United States District Judge

ORDER OF DISMISSAL
-2-